*Thursday, September 12, 1991*
## MOTION DOCKET

**89–846.** State v. Lott. *Cuyahoga County,* No. 54537. UPON CONSIDERATION of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Cuyahoga County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective September 10, 1991.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED THAT counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**90–1578.** Sturm v. Sturm. *Ashtabula County,* No. 89–A–1451. This cause came on for further consideration upon appellants' motion to file the receipted bill for the cost of copying the record instanter. Upon consideration thereof,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective September 9, 1991.

**91–1789.** State v. Banks. *Montgomery County,* No. CA 12300. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion for appeal bond,

IT IS ORDERED by the court that said motion for appeal bond be, and the same is hereby, denied, effective September 10, 1991.

WRIGHT, J., would set bond at $10,000.

H. BROWN, J., would set bond at $3,000.

## MISCELLANEOUS DISMISSALS

**90–2527.** Jackson v. Regional Transit Auth. *Cuyahoga County,* No. 60442. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–88.** Robinson v. Johnson. *Stark County,* No. CA–8317. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–90.** Robinson v. Ferenchik. *Stark County,* No. CA–8289. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–91.** Robinson v. Ferenchik. *Stark County,* No. CA–8310. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–101.** State v. Curth. *Perry County,* No. CA–396. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–111.** Phillips v. Mohr. *Ross County,* No. 1712. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–260.** Lastrapes v. Ohio Dept. of Mental Health. *Franklin County,* No. 90AP–355. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–276.** Schramm v. North Ridgeville. *Lorain County,* No. 90CA004815. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.

**91–277.** Schramm v. North Ridgeville. *Lorain County,* No. 90CA004814. *Sua sponte,* cause dismissed for want of prosecution, effective September 9, 1991.